IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL GADSON, JR.,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| vs. | : | 10-5395 |
| | : | NO. ~~09-3816~~ |
| **MICHAEL J. ASTRUE,** | : | |
| Commissioner of the Social Security | : | |
| Administration | : | |
| Defendant. | : | |

FILED
SEP 22 2011
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

### ORDER

AND NOW, this 22nd day of September, 2011, after careful review and independent consideration of Plaintiff's Complaint and Request for Review, Defendant's Motion to Remand, Plaintiff's Reply to Defendant's Motion to Remand, and the Report and Recommendation of United States Magistrate Judge Henry S. Perkin dated September 1, 2011, no objections having been filed, and good cause appearing, **IT IS ORDERED** as follows:

1. The Report and Recommendation of United States Magistrate Judge Henry S. Perkin dated September 1, 2011, is **APPROVED** and **ADOPTED**;

2. Defendant's Motion to Remand is **GRANTED**;

3. The decision of the Commissioner of the Social Security Administration is **REVERSED** and the case is **REMANDED** to the Commissioner of Social Security pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings consistent with the Report and Recommendation of United States Magistrate Judge Henry S. Perkin dated September 1, 2011; and,

4. Plaintiff's Complaint is **DISMISSED** and the Request for Review is **DENIED**.

BY THE COURT:

/s/ Jan E. DuBois
JAN E. DUBOIS, J.